IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAVIER SOLIS-MARRUFO,

      Plaintiff,

vs.                                                   No. CIV 11-0107 JB/KBM

BOARD OF COMMISSIONERS FOR
THE COUNTY OF BERNALILLO,
BENJAMIN FULLER,
CHRISTOPHER LEEPER, AND
JASON PLUM,

      Defendants.

**FINAL JUDGMENT**

      **THIS MATTER** was tried by a jury with the Honorable James O. Browning, United States District Judge for the District of New Mexico, presiding, and the jury has returned a verdict. See Special Verdict Form, filed April 4, 2013 (Doc. 272).  The Plaintiff Javier Solis-Marrufo voluntarily dismissed Defendant Cleo Barela on October 3, 2011.  See Notice of Voluntary Dismissal Regarding Cleo Barela, filed October 3, 2011 (Doc. 75).  On March 19, 2012, the Honorable W. Daniel Schneider, United States Magistrate Judge, granted partial summary judgment for the Defendants Board of Commissioners for the County of Bernalillo, Benjamin Fuller, Christopher Leeper, John McCauley, Anthony Allen, Ronald Griffith, Harry Landis, Cleo Barela, and Lawrence Tafoya, dismissing Solis-Marrufo's claims against McCauley, Allen, Tafoya, and Landis.  See Order Dismissing all Claims Against Defendants John McCauley, Anthony Allen, Lawrence Tafoya, and Harry Landis with Prejudice at 1-2, filed March 19, 2012 (Doc. 101).  Solis-Marrufo voluntarily dismissed Griffith on May 2, 2012.  See Notice of Voluntary Dismissal Regarding Ronald Griffith, filed May 2, 2012 (Doc. 136).   The jury's verdict

disposed of Solis-Marrufo's claims against the remaining Defendants: Board of Commissioners for the County of Bernalillo, Benjamin Fuller, Christopher Leeper, and Jason Plum.  See Special Verdict Form at 1-4.

**IT IS ORDERED** that Plaintiff Javier Solis-Marrufo will recover nothing, this action is dismissed on the merits, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Robert Gorence
Louren M. Oliveros
Andrea D. Harris
Gorence & Oliveros, P.C.
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Luis E. Robles
David Roman
Terri S. Beach
Robles, Rael, & Anaya, P.C.
Albuquerque, New Mexico

     *Attorneys for the Defendants*