IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAVIER SOLIS-MARRUFO,

    Plaintiff,

vs.                                                No. CIV 11-0107 JB/KBM

BOARD OF COMMISSIONERS FOR
THE COUNTY OF BERNALILLO,
BENJAMIN FULLER,
CHRISTOPHER LEEPER, and
JASON PLUM,

    Defendants.

**ORDER**

**THIS MATTER** comes before the Court on: (i) the Motion for Extension of Time, filed May 24, 2013 (Doc. 280), and (ii) the Motion for Review, filed August 5, 2013 (Doc. 287). The Court held a hearing on March 21, 2014. For the reasons stated on the record, the Court will grant the Motion for Extension of Time. The Court will deny the Motion for Review.

**IT IS ORDERED** that: (i) the Motion for Extension of Time, filed May 24, 2013 (Doc. 280), is granted; and (ii) the Motion for Review, filed August 5, 2013 (Doc. 287), is denied.[1]

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the motion. The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

*Counsel:*

Robert Gorence
Louren M. Oliveros
Andrea D. Harris
Gorence & Oliveros, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Luis E. Robles
David Roman
Terri S. Beach
Robles, Rael, & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendants*